# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MORRIS RENTIE, JR., )
)
   Plaintiff, )
)
vs. ) Case No. 03-CV-431 HE
)
NBA ENTERTAINMENT, INC., a division of )
NBA Properties, Inc., Universal Studios Home )
Video, L.L.C., USA FILMS, L.L.C., and HIDDEN )
BEACH RECORDS, L.L.C., MIKE PHILLIPS, )
an individual, SHAWN NORMAN, an individual, )
and CID MANAGEMENT, L.L.C. )
)
   Defendants. )
)

**FILED**

APR 2 2 2004

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Morris Rentie, Jr. ("Rentie") and herewith dismisses his Complaint and his Amended Complaint as to Defendants NBA Entertainment, a division of NBA Properties, Inc. ("NBAE"), USA Films, L.L.C. ("USA"), Universal Studios Home Video LLC, successor in interest to USA Films L.L.C. ("Universal") and Hidden Beach Records, L.L.C. ("Hidden Beach"), with prejudice to refiling.

Dated this 16 day of April 2004

By: _____
HUGHES & GOODWIN
Carl D. Hughes, OBA No. 4463
5801 N. Broadway Extension, Suite 302
Oklahoma City, OK 73118
(405) 848-0111
(405) 848-3507 (Fax)

and
MARY M. LEE, P.C.
Mary M. Lee, OBA No. 10375
3441 W. Memorial Road, No. 8
Oklahoma City, OK 73134-7000
(405) 302-0900
(405) 302-0901 (Fax)
Attorneys for Morris Rentie, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22 day of April 2004, a true and correct copy of the above and foregoing Dismissal With Prejudice was mailed with postage prepaid to:

Martin G. Ozinga, Esq.
Phillips, McFall, McCaffrey, McVay & Murrah, P.C.
12th Floor, One Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102


S. Douglas Dodd, OBA No. 2389
Robert E. Spoo, OBA No. 19709
DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.
320 South Boston Ave., Suite 500
Tulsa, Oklahoma 74103-3725